Gavin S. Barney (OR # 163382)
barney@hmnlaw.com
Krista Le Roux (OR #152981)
leroux@hmnlaw.com
HILDEBRAND MCLEOD & NELSON, LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
Tel: (510) 451-6732

Attorneys for Plaintiff Bill Villescas

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| BILL VILLESCAS,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant(s). | Case No. 3:26-cv-01726-SI<br><br>**ORDER ON STIPULATED MOTION TO TRANSFER VENUE** |

The Court, having reviewed and considered the stipulated transfer of this Action, does hereby Order that this Action be transferred from the United States District Court for the District of Oregon, Portland Division, to the United States District Court for Utah, Salt Lake City Division, with each party bearing its own costs and fees relating to the transfer. The Court further Orders the Clerk of the court for the United States District Court for the District of Oregon, Portland Division, forward the filings in this Action to the Clerk of the Court for the United States District of Utah, Salt Lake City Division.

/ / /

IT IS SO ORDERED.

Date: October 13, 2026

Hon. Michael H. Simon
United States District Court Judge